FILED
May 20, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Alicia Davis
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

In re Court Docket Management

## ORDER

In accordance with the authority vested in the United States Magistrate Judge pursuant to Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrates and Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, it is ordered that, for cases assigned to Judge Davis, the following matters shall be referred to a United States Magistrate Judge for the Austin Division and allocated pursuant to the Clerk of the Court's standard procedure for the types of actions listed below:

**1.** All cases brought pursuant to 28 U.S.C. § 2241, 2254 (excluding cases in which a sentence of death was imposed), and 2255 (excluding cases in which a sentence of death was imposed), cases brought by federal prisoners and detainees challenging conditions of confinement, cases brought by prisoners pursuant to 42 U.S.C. § 1983, and cases seeking judicial review of social security decisions shall be assigned to a United States Magistrate Judge for the Austin Division for disposition of all non-dispositive pretrial matters as provided in 28 U.S.C. § 636(b)(1)(A), and for findings and recommendations on all case-dispositive motions as provided in 28 U.S.C. § 636(b)(1)(B).

**2.** Any case in which application to proceed in forma pauperis has been made, other than a case described in paragraph (1) above, shall be referred to

a United States Magistrate Judge for the Austin Division for disposition of the application to proceed in forma pauperis, disposition of any motion for appointment of counsel, and for a prompt recommendation as to whether the case should be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e). Upon completion of the above tasks, the Magistrate Judge shall return the case to the district court for further proceedings.

*So ordered by the court on May 20, 2026.*

ANDREW DAVIS
United States District Judge